IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK ENEPI SISNEROZ, et al.,

      Plaintiffs,                    No. CIV S-08-1697 EFB P

      vs.

PAM AHLIN, et al.,

      Defendants.               <u>ORDER</u>

                              /

      Plaintiffs, state prisoners without counsel, have filed a civil rights action. *See* 42 U.S.C. § 1983. They request leave to proceed *in forma pauperis*.

      Plaintiffs allege a violation of their civil rights in Fresno County, California. Fresno County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 3-120(d). The court has not yet ruled on plaintiffs' requests to proceed *in forma pauperis*.

      Accordingly, it is hereby orderd that:

      1. This action is transferred to the Fresno Division.

      2. The Clerk of Court shall assign a new case number.

////

////

1

1  3.  All future filings shall bear the new case number and shall be filed at:

2  United States District Court
   Eastern District of California
3  2500 Tulare Street
   Fresno, CA 93721
4

5  DATED: September 11, 2008.

6  _____
   EDMUND F. BRENNAN
7  UNITED STATES MAGISTRATE JUDGE

2